52

531 A.2d 1391

PENNSYLVANIA LIQUOR CONTROL BOARD, Appellant,

v.

Governor Robert P. CASEY, Appellee.

Edward A. CLOONAN, Appellant,

v.

The Honorable Robert P. CASEY, Governor of the
Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Argued April 7, 1987.

Decided Oct. 15, 1987.

Robert W. Barton, John D. Killian, Harrisburg, for appellant.

Richard D. Spiegelman, Barry M. Hartman, Andrew Cline, Harrisburg, for appellee.

Stuart M. Niemtzow, Philadelphia, Jerome H. Gerber, Harrisburg, Gary P. Hunt, Richard B. Tucker, III, Jeffrey J. Downing, Pittsburgh, for intervenors.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Appeals dismissed as moot. *See* Act No. 1987–14.